IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO.: 2:03-CV-34-BO

| | |
|---|---|
| DOUGLAS S. MCGLOHON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DONALD RUMSFELD, Secretary of | ) |
| Defense, and UNITED STATES ARMY, | ) |
| | ) |
| Defendant. | ) |

This matter is before the Court on plaintiff's calendar request [DE 10]. This case was

previously dismissed as time-barred by this Court's Order entered on December 11, 2003 [DE 8].

The court has thoroughly reviewed the record and concluded that this matter is closed and the

plaintiff has no right to a hearing at this time. Accordingly, plaintiff's motion for hearing is

DENIED.

SO ORDERED. This **1 Ч** day of February, 2013

Terence Boyle

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE